| | |
|---|---|
| SHANNON GILMORE ET-AL<br>PLAINTIFF<br>- vs -<br>JEFFERSON ASSOCIATES<br>DEFENDANT | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Docket No.<br>2:15-CV-01204-SRC-CLW |

**Person to be Served**
JEFFERSON ASSOCIATES
3 CORAL STREET
EDISON, NJ 08837

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND COMPLAINT, JURY TRIAL DEMAND
**Service Data:**
Served Successfully **X** Not Served _____ Date: 02/20/2015 Time: 10:10 AM Attempts: _____

| | | |
|---|---|---|
| ___ | Delivered a copy to him/her personally | Name of person served and relationship / title: |
| ___ | Left a copy with a competent household member of over 14 years of age residing therein. | D. BOUDENIA<br><br>MANAGER |
| X | Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. | |

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BROWN**   APP.AGE: **35**   APP. HT: **5/5**   APP. WT: **170**
OTHER:

**Comments Or Remarks:**

**Server Data:**
Subscribed and Sworn to before me on the 24th day of FEBRUARY, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
ID # 2428940
My Commission Expires 1/17/2018

I, RONNIE MITCHELL, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penealty of perjury that the foregoing is true and correct.

_____   2-24-15
Signature of Process Server        Date

Our Job Number: 139608

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300